IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATENT GROUP LLC, | § | |
| Relator | § | |
| | § | |
| v. | § | Civil Action No. 2:11-cv-00201 |
| | § | |
| CERTAINTEED CORPORATION | § | |
| Defendant | § | JURY TRIAL DEMANDED |

## NOTICE OF SETTLEMENT

**TO THE HONORABLE JUDGE OF SAID COURT:**

I, Ken W. Good, counsel for Plaintiff Patent Group, LLC, hereby informs the Court that an agreement has been reached with Defendant Certainteed Corporation in the above-entitled and numbered case which disposes of all claims against all parties.  Counsel for both parties are collaborating on the drafting of settlement documents and dismissal papers to finalize and close this matter forthwith.

In accordance with the above, it is respectfully requested that the Court indefinitely postpone all pending deadlines currently in place in this matter.

Dated:  July 15, 2011  Respectfully submitted,

                                            **KENT, GOOD, ANDERSON & BUSH, P.C.**
                                            Woodgate I, Suite 200
                                            1121 E.S.E. Loop 323
                                            Tyler, Texas 75701
                                            (903) 579-7500 (Office)
                                            (903) 581-3701 (Fax)

                                         By: */s/ Ken W. Good*
                                                KEN W. GOOD
                                                State Bar No. 08139200

                                         ATTORNEYS FOR RELATOR


## CERTIFICATE OF SERVICE

     I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served July 15, 2011, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by first class U.S. mail on this same date.


                                                */s/ Ken W. Good*
                                                Ken W. Good